

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Ezy-Lift of California, Inc. and Eagle Electronics, Inc. v. EZY
                         Acquisition, LLC d/b/a EZY Lift

Appellate case number:   01-13-00058-CV

Trial court case number: 2010-70596

Trial court:             270th District Court of Harris County

        It is ordered that Appellants' Motion for Rehearing is **denied**.


Justice's signature: /s/ Harvey Brown
                         Acting for the Court

Panel consists of:   Justices Jennings, Brown, and Huddle


Date: August 26, 2014